

Jonathan D. Ball, Ph.D.
Tel 212.801.9200
Fax 212.801.6400
BallJ@gtlaw.com

November 7, 2022

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Biofer S.p.A. v. Vifor (International) AG., No. 1:22-cv-02180-AMD-SJB, Stipulated Protective Order**

Dear Judge Bulsara,

Pursuant to your instructions during the October 31, 2022 Scheduling Conference, the parties have met and conferred and do not consent to conducting claim construction before a Magistrate Judge.

Respectfully submitted,

*/s/ Jonathan D. Ball*
Jonathan D. Ball
Shareholder

cc: Attorneys for Defendant Vifor (International) AG (by ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com