

Richard C. Pettus

By ECF

Shareholder
T: +1 212.801.9200
pettusr@gtlaw.com

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Biofer S.p.A. v. Vifor (International) AG., No. 1:22-cv-02180-AMD-SJB**

Dear Judge Bulsara,

Pursuant to the Court's order dated March 8, 2023, the Parties consent to Your Honor presiding over the claim construction hearing in this matter and issuing an order on the disputed claim construction issues (as opposed to a report and recommendation).

Respectfully submitted,

*/s/ Richard C. Pettus*
*Richard C. Pettus*

cc: Attorneys for Defendant Vifor (International) AG (by ECF)