# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOFER S.P.A., <br>       Plaintiff, <br><br> v. <br><br> VIFOR (INTERNATIONAL) AG., <br><br>       Defendant. | Civil Action No. 1:22-CV-02180-AMD-SJB |

## JOINT DISPUTED CLAIM TERMS CHART

Pursuant to the Court's Local Patent Rules and Order (D.I. 27), the parties hereby submit the attached Joint Disputed Claim Terms Chart (Exhibit A) with respect to the asserted claims of U.S. Patent No. 8,759,320.

DATED: May 12, 2023

/s/ Tiana Demas

Tiana Demas (NY 4210472)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6560
tdemas@cooley.com

Sanya Sukduang
Jonathan R. Davies
**COOLEY LLP**
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
ssukduang@cooley.com
jdavies@cooley.com

*Attorneys for Defendant Vifor (International) AG*

/s/ Richard C. Pettus

Mark J Lesko (NY 5595335)
**GREENBERG TRAURIG, LLP**
92317 Montauk Hwy
Bridgehampton, NY 11932
(631) 994-2400
Mark.lesko@gtlaw.com

Scott J. Bornstein (NY 2737492)
Richard C. Pettus (NY 2805059)
Jonathan D. Ball (NY 4137907)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10166
(212) 801-9200
bornsteins@gtlaw.com
pettusr@gtlaw.com
ballj@gtlaw.com

Benjamin D. Witte
**GREENBERG TRAURIG, LLP**

Terminus 200
Piedmont Road NE – Suite 2500
Atlanta, GA 30305
(678) 553-2100
ben.witte@gtlaw.com

*Attorneys for Plaintiff Biofer S.p.A*

**EXHIBIT A**

**JOINT DISPUTED CLAIM TERMS CHART PURSUANT TO LOCAL PATENT RULE 11**

| U.S. Patent No. 8,759,320 (Asserted Claims 1-16, 19-21, 23-25) ||||
|---|---|---|---|
| **Claim Term(s)** | **Plaintiff Biofer's Proposed Construction** | **Defendant Vifor's Proposed Construction** | **Cross Reference(s) to Initial Contentions** |
| (1) "said hypochlorite being added in stoichiometric quantities with respect to the aldehyde end groups" (Claim 1) | Plain and ordinary meaning | "hypochlorite being added in 1:1 molar ratio with respect to the aldehyde end group of the sugar" | **Infringement Contentions**[1]: pp. 3-6, Ex. A at 8-9.<br><br>**Invalidity Contentions**[2]: pp. 6-19 (including, *e.g.*, p. 9 (referencing cl. 1), p. 10 (referencing incorporation of IPR2022-01608 Petition)), 32-34, 35-39; IPR2022-01608, Paper No. 1 (P.T.A.B. Sep. 30, 2022) (VIFOR_00022353–VIFOR_00022435), incorporated by reference in Vifor's Initial Invalidity Contentions, at e.g., VIFOR_00022358; VIFOR_00022366; VIFOR_00022390; VIFOR_00022404-406; and VIFOR_00022426.<br><br>**Vifor's Supplemental Responses to Biofer's First Rogs**[3]: pp. 24-26 (Response to Interrogatory No. 4). |
| (2) "pH between 7.0 and 9.0" (Claim 1) | "pH range of between 6.8 and 9.2" | "pH is maintained in the interval separating 7.0 and 9.0" | **Infringement Contentions**: pp. 3-6, Ex. A at 4-5.<br><br>**Invalidity Contentions**: pp. 6-19 (including, *e.g.*, p. 9 (referencing cl. 1), p. 10 (referencing incorporation of IPR2022-01608 Petition), pp. 13, 16, 18), 27-28, 32-39; |

---

[1] As used herein "Infringement Contentions" refers to Biofer's Initial Infringement Contentions, dated February 24, 2023.
[2] As used herein "Invalidity Contentions" refers to Vifor's Initial Invalidity Contentions, dated April 14, 2023.
[3] As used herein "Vifor's Supplemental Responses to Biofer's First Rogs" refers to Defendant Vifor (International) AG's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1 and 4) and First Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 2 and 3), served April 28, 2023.

| | IPR2022-01608, Paper No. 1 (P.T.A.B. Sep. 30, 2022) (VIFOR_00022353–VIFOR_00022435), incorporated by reference in Vifor's Initial Invalidity Contentions, at e.g., VIFOR_00022358; VIFOR_00022366; VIFOR_00022376–378; VIFOR_00022390; VIFOR_00022401–403; and VIFOR_00022426.<br><br>**Vifor's Supplemental Responses to Biofer's First Rogs**: pp. 18-27 (Response to Interrogatory No. 4). |
|---|---|

**JOINT PROPOSED CONSTRUCTIONS FOR CERTAIN CLAIM TERMS**

| U.S. Patent No. 8,759,320 (Asserted Claims 1-16, 19-21, 23-25) ||
|---|---|
| **Claim Term[4]** | **Joint Proposed Construction** |
| (1) "hypochlorite is added instant by instant" (Claim 1) | "hypochlorite is added slowly" |

---

[4] The parties note that Vifor also identified the claim term "specific oxidation of the end aldehyde" (Claim 1) for construction. The parties agree that this term, and each claim term not identified by the parties for construction, should be given their plain and ordinary meaning to persons of ordinary skill in the art.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Benjamin D. Witte*
Benjamin D. Witte
