**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| BIOFER S.P.A., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-CV-02180-AMD-SJB |
| v. | ) | |
| | ) | |
| VIFOR (INTERNATIONAL) AG., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SANYA SUKDUANG IN SUPPORT OF VIFOR (INTERNATIONAL) AG'S SUR-REPLY CLAIM CONSTRUCTION BRIEF

I, Sanya Sukduang, declare as follows:

1.       I am a partner in the law firm Cooley LLP, counsel of record for Defendant Vifor (International) AG ("Vifor") in the above referenced matter.  I am licensed to practice in the District of Columbia and before the United States Patent and Trademark Office, and I am admitted to appear *pro hac vice* in the above referenced matter.  I have personal knowledge of the matters set forth herein.  I make this declaration in support of Vifor's Sur-Reply Claim Construction Brief.

2.       On July 12, 2023, Exhibits **1-20** were filed in support of Vifor's Responsive Claim Construction Brief.  (*See* DE 63-1 to DE 63-20.)

3.       Attached as **Exhibit 21** is a true and correct copy of the Reply Declaration of Jeffrey D. Winkler, Ph.D. in support of Vifor (International) AG's Sur-Reply Claim Construction Brief.

4.       Attached as **Exhibit 22** is a true and correct copy of a document titled Biofer 3.2.S.2.2 Description of Manufacturing Process and Process Control for Iron Dextran, Version 04, dated April 2021 (BIOFER_000012561–BIOFER_000012569).

5.      Attached as **Exhibit 23** is a true and correct copy of an excerpt of a letter from Biofer to the EPO Boards of Appeal regarding European Patent No. 1858930, dated February 13, 2023 (VIFOR_000026416–VIFOR_000026437).

6.      Attached as **Exhibit 24** is a true and correct copy of International Standard 5377 - Starch hydrolysis products - Determination of reducing power and dextrose equivalent - Lane and Eynon constant titre method (1981).

7.      Attached as **Exhibit 25** is a true and correct copy of a Written Submission by Biofer S.p.A. ("Biofer") to the European Patent Office in EPO Proceeding regarding European Patent No. 1858930, dated November 23, 2018 (BIOFER_000009317–BIOFER_000009326).

8.      Attached as **Exhibit 26** is a true and correct copy of a letter from Biofer to the EPO Boards of Appeal regarding European Patent No. 1858930, dated January 20, 2022 (BIOFER_000009342–BIOFER000009347).

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.

DATED:  July 26, 2023

Respectfully Submitted,

*/s/ Sanya Sukduang*
Sanya Sukduang (*pro hac vice*)

**COOLEY LLP**
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
ssukduang@cooley.com

*Attorney for Defendant Vifor (International) AG*