

Jonathan D. Ball,
Tel 212.801.2223
Fax 212.801.6400
ballj@gtlaw.com

August 7, 2023

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Biofer S.p.A. v. Vifor (International) AG*., No. 1:22-cv-02180-AMD-SJB (E.D.N.Y.)

Dear Judge Bulsara:

Pursuant to the Court's August 4, 2023 Minute Entry and Order, I am writing on behalf of both parties in the above-captioned case regarding the submission of additional briefing to support their respective claim constructions. Subject to the Court's approval, the parties intend to submit briefs according to the following schedule. Vifor continues to believe no additional briefing is necessary, but will respond to Plaintiff's submission, as needed.

- Plaintiff will submit its supplemental submission on August 17, 2023;
- Defendant will submit its supplemental submission on August 31, 2023.

We thank the Court for its time and attention to this matter.

Sincerely yours,

*/s/ Jonathan D. Ball*

Jonathan D. Ball, Ph.D., Esq.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue | New York, NY 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; ªA separate UK registered legal entity; *Greenberg Traurig, S.C.; ºGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ≈GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com