

Jonathan D. Ball,
Tel 212.801.2223
Fax 212.801.6400
ballj@gtlaw.com

August 22, 2023

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Biofer S.p.A. v. Vifor (International) AG*., No. 1:22-cv-02180-AMD-SJB (E.D.N.Y.)

Dear Judge Bulsara:

The parties have mutually agreed to and hereby request a 3-month extension of fact discovery. Accordingly, the parties propose the following modifications to the current schedule (set forth in ECF No. 27):

| Deadline | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Final Infringement Contentions | September 15, 2023 | December 15, 2023 |
| Final Invalidity Contentions | September 15, 2023 | December 15, 2023 |
| Completion of Fact Discovery | September 29, 2023 | December 29, 2023 |
| Opening Expert Reports | November 17, 2023 | February 19, 2024 |
| Responsive Expert Reports | December 20, 2023 | March 20, 2024 |
| Reply Expert Reports | January 17, 2024 | April 17, 2024 |
| Completion of Expert Discovery | March 8, 2024 | June 10, 2024 |
| Final date to take first step in dispositive motion practice | April 4, 2024 | July 8, 2024 |

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue | New York, NY 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco.
Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; ^A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ᵃGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ˄A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

      If the Court agrees, we respectfully request that Your Honor So Order this modification to the schedule on the docket.

      We thank the Court for its time and attention to this matter.

Sincerely yours,

*/s/ Jonathan D. Ball*

Jonathan D. Ball, Ph.D., Esq.