IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOFER S.P.A.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VIFOR (INTERNATIONAL) AG,<br><br>　　Defendant. | Civil Action No. 1:22-CV-02180-AMD-SJB |

## AMENDED SCHEDULING ORDER

WHEREAS, Plaintiff Biofer S.p.A. ("Plaintiff" or "Biofer") and Defendant Vifor (International) AG., ("Defendant" or "Vifor") have met and conferred regarding Vifor's Request for a Pre-Motion Conference seeking leave to file a motion to dismiss (ECF No. 92) and Vifor's Request for a Pre-Motion Conference seeking leave to amend its Defenses and Counterclaims (ECF No. 96), and submitted a status update pursuant to the Court's November 8, 2023 Order;

WHEREAS, Biofer and Vifor have reached an agreement which resolves ECF No. 92 and ECF No. 96, and request an approximate two (2) month extension of the schedule to accommodate the parties' agreement as well as the upcoming holidays, as detailed herein;

WHEREAS, pursuant to the parties' agreement Vifor withdraws its September 29, 2023 request seeking leave to file a motion to dismiss certain claims of Biofer's First Amended Complaint (ECF No. 92) and its October 18, 2023 request seeking leave to amend its Defenses and Counterclaims (ECF No. 96);

WHEREAS, Vifor will file its Answer and Counterclaims to Biofer's First Amended Complaint in an agreed-upon revised form on or before November 29, 2023;

1

WHEREAS, Biofer will forgo filing a Rule 12(b)(6) motion to dismiss Vifor's Amended Answer and Counterclaims and will file its Response to Vifor's Counterclaims by December 13, 2023;

NOW THEREFORE, the parties jointly request the following extension of the case schedule:

| Deadline | Current Deadline (ECF No. 84, ordered August 23, 2023) | Amended Deadline |
|---|---|---|
| Final Infringement Contentions | December 15, 2023 | February 23, 2024 |
| Final Invalidity Contentions | December 15, 2023 | February 23, 2024 |
| Completion of Fact Discovery | December 29, 2023 | March 8, 2024 |
| Opening Expert Reports | February 19, 2024 | April 26, 2024 |
| Responsive Expert Reports | March 20, 2024 | May 31, 2024 |
| Reply Expert Reports | April 17, 2024 | June 28, 2024 |
| Completion of Expert Discovery | June 10, 2024 | August 23, 2024 |
| Final date to take first step in dispositive motion practice | July 8, 2024 | September 20, 2024 |

**DONE AND ORDERED** on this 29  day of November, 2023

s/Ann M. Donnelly
_____
Honorable Ann M. Donnelly
UNITED STATES DISTRICT JUDGE