# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S. p.A., <br><br> Plaintiff, <br> v. <br><br> Vifor (International) AG., <br><br> Defendant. | Case No. 1:22-cv-02180-AMD-SJB <br><br> **DECLARATION OF BENJAMIN D. WITTE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL** |

I, Benjamin David Witte, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Georgia and am admitted *pro hac vice* in this matter. I am an attorney at the law firm of Greenberg Traurig, LLP, and counsel for Plaintiff Biofer S.p.A. I submit this Declaration in support of Plaintiffs' Letter Motion to Compel Production of Documents and Information filed concurrently in the above captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Third Supplemental Objections and Responses to Interrogatory No. 1, dated December 1, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2023

                                 /s/ *Benjamin D. Witte*
                                    Benjamin D. Witte

                                    Terminus 200
                                    3333 Piedmont Road NE
                                    Suite 2500
                                    Atlanta, GA 30305
                                    United States
                                    Telephone: (305) 579-0500
                                    Fax: (305) 979-0717
                                    Email: Ben.Witte@gtlaw.com

                                    *Attorney for Plaintiff Biofer S. p.A.*