|  |  |
|---|---|
| Biofer S.p.A.,<br><br>        Plaintiff,<br><br>   v.<br><br>Vifor (International) AG.,<br><br>        Defendant. | No. 1:22-cv-02180-AMD-SJB<br><br>**DECLARATION OF SANYA SUKDUANG IN SUPPORT OF RESPONSE TO BIOFER'S <u>MOTION TO COMPEL</u>** |

I, Sanya Sukduang, declare as follows:

1.      I am a partner in the law firm Cooley LLP, counsel of record for Defendant Vifor (International) AG ("Vifor") in the above referenced matter.  I am licensed to practice in the District of Columbia and before the United States Patent and Trademark Office, and I am admitted to appear *pro hac vice* in the above referenced matter.  I have personal knowledge of the matters set forth herein.  I make this declaration in support of Vifor's Motion to Compel.

2.      Attached as **Exhibit 1** is a true and correct copy of Description of Manufacturing Process and Process Controls produced in this litigation, labeled VIFOR_00021626–VIFOR_00021633 and designated as Highly Confidential, filed under seal.

3.      Attached as **Exhibit 2** is a true and correct copy of a certified translated version of Vifor's batch record for batch 518111M produced in this litigation, labeled VIFOR_00056862–VIFOR_00056910 and designated as Highly Confidential, filed under seal.

4.      Attached as **Exhibit 3** is a true and correct copy of Vifor's Third Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1, 4), dated August 10, 2023, filed under seal.

5.      Attached as **Exhibit 4** is a true and correct copy of Vifor's First Supplemental Objections and Responses to Plaintiff's Third Set of Interrogatories (Nos. 8–9), dated August 10, 2023, filed under seal.

6.      Attached as **Exhibit 5** is a true and correct copy of Vifor's Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 10–11), dated November 27, 2023, filed under seal.

7.      Attached as **Exhibit 6** is a true and correct copy of Vifor's oxidation data graph produced in this litigation, labeled VIFOR_00053685 and designated Highly Confidential, filed under seal.

8.      Attached as **Exhibit 7** is a true and correct copy of Vifor's oxidation data graph produced in this litigation, labeled VIFOR_00053705 and designated Highly Confidential, filed under seal.

9.      Attached as **Exhibit 8** is a true and correct copy of a certified translated version of Vifor's 291 Standard Operating Procedure produced in this litigation, labeled VIFOR_00057064–VIFOR_00057089 and designated as Highly Confidential, filed under seal.

10.      Attached as **Exhibit 9** is a true and correct copy of U.S. Patent No. 8,759,320 B2, issued June 24, 2014 to Stefania Sacchi, Mauro Montorsi, and Egidio Marchi.

11.      Attached as **Exhibit 10** is a true and correct copy of the Transcript from the July 27, 2023 Deposition of Allen S. Myerson, Ph.D., in *Biofer S.p.A. v. Vifor (International) AG*, 1:22-CV-02180-AMD-SJB.

12.      Attached as **Exhibit 11** is a true and correct copy of Vifor's batch record for batch 518111M produced in this litigation, labeled VIFOR_00002880–VIFOR_00002927 and designated as Highly Confidential, filed under seal.

13.    Attached as **Exhibit 12** is a true and correct copy of Vifor's 291 Standard Operating Procedure produced in this litigation, labeled VIFOR_00014823–VIFOR_00014847 and designated as Highly Confidential, filed under seal.

Dated:  December 6, 2023

By: */s/ Sanya Sukduang*
Sanya Sukduang (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel:  (202) 842-7800
ssukduang@cooley.com

Tiana Demas (NY 4210472)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel:  (212) 479-6560
tdemas@cooley.com

Jonathan R. Davies (*pro hac vice*)
Bonnie Fletcher Price (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel:  (202) 842-7800
jdavies@cooley.com
bfletcherprice@cooley.com

*Attorneys for Defendant Vifor (International) AG*