# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> Vifor (International) AG., <br><br> Defendant. | No. 1:22-cv-02180-AMD-SJB <br><br> **ORDER TO STAY LITIGATION** |

The Court ORDERS THAT these proceedings are stayed for 60 days, effective immediately, to allow the parties to negotiate a potential global settlement of their pending patent litigations.

The parties shall submit a joint letter on or before May 17, 2024, advising the Court of the status of the negotiations and stay, as well as their respective positions as to the orderly completion of this litigation.

**IT IS SO ORDERED** this __15____ day of __March__, 2024.

*/s/ Sanket J. Bulsara   March 15, 2024*
HONORABLE SANKET J. BULSARA, U.S.M.J.
UNITED STATES DISTRICT COURT