UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S.p.A.,<br><br>                Plaintiff,<br><br>   v.<br><br>Vifor (International) AG,<br><br>                Defendant. | No. 1:22-cv-02180-AMD-SJB |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Donald L. Rhoads of Rhoads Legal Group PC respectfully enters appearance as co-counsel of record for Plaintiff Biofer S.p.A., in the above-captioned action.

Date: May 6, 2024

By: */s/ Donald L. Rhoads*
Donald L. Rhoads (NY 2379543)
Rhoads Legal Group PC
100 Park Avenue, Suite 1600
New York, NY 10017
Tel: (212) 390-8510
drhoads@rhoadslegal.com