

Jonathan D. Ball, Ph.D.,
Tel 212.801.2223
Fax 212.801.6400
ballj@gtlaw.com

May 14, 2024

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Biofer S.p.A. v. Vifor (International) AG.*, No. 1:22-cv-02180-AMD-SJB (E.D.N.Y.)

Dear Judge Bulsara:

Pursuant to the Court's March 15, 2024 Order (DE 138), Plaintiff Biofer S.p.A. ("Biofer") provides the Court with an update on whether any of the pending motions to compel have been resolved. None of these motions have been resolved or rendered moot.

Defendant Vifor (International) AG's submission (DE 141) filed earlier today raises numerous issues that go well beyond the limited update permitted in the Court's March 14, 2024 Order. While Biofer disagrees with many of Defendant's positions, it will address those points in the forthcoming status update on May 17 and after the parties have met and conferred.

We thank the Court for your time and attention to this matter.

Sincerely yours,

*/s/ Jonathan D. Ball*
Jonathan D. Ball
Shareholder

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, NY 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; °Greenberg Traurig, S.C.; ᴮGreenberg Traurig Santa Maria; ᴼᴼGreenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ⁻Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com