# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> Vifor (International) AG., <br><br> Defendant. | No. 1:22-cv-02180-AMD-SJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties attended a Status Conference on May 30, 2024 to discuss, among other things, scheduling certain discovery deadlines following the expiration of a 60-day stay of this litigation;

WHEREAS, the parties agreed to submit an amended case schedule within approximately three weeks of the Status Conference but have not yet agreed on an amended schedule;

IT IS HEREBY STIPULATED by Plaintiff Biofer S.p.A. and Vifor (International) AG, through their undersigned counsel and subject to the Court's approval, that the deadline for the parties to submit an amended case schedule is hereby extended to and through July 12, 2024.

Dated: June 24, 2024

By: */s/ Jonathan D. Ball*

Scott J. Bornstein (NY 2737492)
Richard C. Pettus (NY 2805059)
Jonathan D. Ball (NY 4137907)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
bornsteins@gtlaw.com
pettusr@gtlaw.com
ballj@gtlaw.com

By: */s/ Tiana Demas*

Tiana Demas (NY 4210472)
COOLEY LLP
55 Hudson Yards New York, NY 10001-2157
Tel: (212) 479 6560
tdemas@cooley.com

Sanya Sukduang
Jonathan R. Davies
COOLEY LLP

*Attorneys for Plaintiff Biofer S.p.A*

1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
ssukduang@cooley.com
jdavies@cooley.com

*Attorneys for Defendant Vifor (International) AG*

**IT IS SO ORDERED** this _____ day of _____, 2024.

---
HONORABLE SANKET J. BULSARA, U.S.M.J.
UNITED STATES DISTRICT COURT