UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S.p.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Vifor (International) AG.,<br><br>    Defendant. | No. 1:22-cv-02180-AMD-SJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the deadline for the parties to submit an amended case schedule is July 12, 2024;

WHEREAS, the parties jointly request a two-week extension for submission of an amended case schedule;

IT IS HEREBY STIPULATED by Plaintiff Biofer S.p.A. and Defendant Vifor (International) AG, through their undersigned counsel and subject to the Court's approval, that the deadline for the parties to submit an amended case schedule is hereby extended to and through July 26, 2024.

Dated: July 11, 2024

By: */s/ Jonathan D. Ball*

Scott J. Bornstein (NY 2737492)
Richard C. Pettus (NY 2805059)
Jonathan D. Ball (NY 4137907)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
bornsteins@gtlaw.com

By: */s/ Tiana Demas*

Tiana Demas (NY 4210472)
COOLEY LLP
55 Hudson Yards New York, NY 10001-2157
Tel: (212) 479 6560
tdemas@cooley.com

Sanya Sukduang

| | |
|---|---|
| pettusr@gtlaw.com<br>ballj@gtlaw.com<br><br>*Attorneys for Plaintiff Biofer S.p.A* | Jonathan R. Davies<br>COOLEY LLP<br>1299 Pennsylvania Ave., NW, Ste. 700<br>Washington, DC 20004<br>Tel: (202) 842-7800<br>ssukduang@cooley.com<br>jdavies@cooley.com<br><br>*Attorneys for Defendant Vifor (International) AG* |

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
HONORABLE SANKET J. BULSARA, U.S.M.J.
UNITED STATES DISTRICT COURT