UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Biofer S.p.A.,<br><br>                Plaintiff,<br><br>v.<br><br>Vifor (International) AG.,<br><br>                Defendant. | No. 1:22-cv-02180-AMD-SJB |

## DEFENDANT'S NOTICE OF MOTION TO SEAL CERTAIN DOCUMENTS RELATED TO THE PARTIES' MOTIONS TO COMPEL

**PLEASE TAKE NOTICE** that the undersigned counsel on behalf of Defendant Vifor (International) AG ("Vifor") in the above-captioned matter, hereby move this Court for an Order to seal certain documents related to the parties' motions to compel and redact certain information identified in the accompanying Memorandum of Law.

In support of this motion, Vifor relies upon the accompanying Memorandum of Law and the materials submitted herewith reflecting proposed redactions and sealing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 30, 2024 | */s/ Bonnie Fletcher Price*<br>Bonnie Fletcher Price<br>COOLEY LLP<br>1299 Pennsylvania Ave., NW, Ste. 700<br>Washington, DC 20004<br>Tel: (202) 842-7800<br>bfletcherprice@cooley.com<br><br>*Attorney for Defendant Vifor (International) AG* |

OF COUNSEL:

Tiana Demas (NY 4210472)
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6560
tdemas@cooley.com

Sanya Sukduang
Jonathan R. Davies
COOLEY LLP
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004
Tel: (202) 842-7800
ssukduang@cooley.com
jdavies@cooley.com